Case 19-10143-TPA   Doc 35   Filed 07/28/19   Entered 07/29/19 00:40:52   Desc Imaged
Certificate of Notice   Page 1 of 2

FILED
7/26/19 11:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Eric Gordon Carlson<br>  Debtor(s) | |
| M&T BANK<br>  Movant<br>v.<br>Eric Gordon Carlson<br>  Respondent<br>and<br>Sybil M. Carlson<br>Ronda J. Winnecour, Trustee<br>  Additional Respondents | BK. NO. 19-10143 TPA<br><br>CHAPTER 13<br><br>Related to Document No. 28 |

## ORDER MODIFYING AUTOMATIC STAY

  AND NOW, this 26th day of July, 2019, at Erie, upon Motion of M&T BANK, its successors and/or assigns, it is

  **ORDERED THAT:** The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362 and 1301, is modified with respect to the subject premises located at 201 Greenbriar Drive, Cortland, Ohio 44410 (**"Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under** the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, **taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives** including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge   jlm

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                          Case No. 19-10143-TPA
Eric Gordon Carlson                                             Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-1           User: aala                    Page 1 of 1                  Date Rcvd: Jul 26, 2019
                               Form ID: pdf900               Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2019.
db             +Eric Gordon Carlson,    8680 Robin Drive,    Erie, PA 16509-8044

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2019 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Eric Gordon Carlson dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4