**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  ERIC GORDON CARLSON<br><br>          Debtor(s)<br>Ronda J. Winnecour, Trustee<br>    Movant<br>       vs.<br>ERIC GORDON CARLSON<br><br>         Respondents | Case No.19-10143TPA<br><br>Chapter 13<br><br>Document No. __44__ |

FILED
2/10/22 3:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this ___10th___ day of February, 2022, it is hereby ORDERED, ADJUDGED, and DECREED that,

> Xpo Logistics Freight Inc
> Attn: Payroll Manager
> Pob 4121
> Portland, OR 97208

is hereby ordered to immediately terminate the attachment of the wages of ERIC GORDON CARLSON, social security number XXX-XX-1165. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ERIC GORDON CARLSON.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____
jlm
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                         Case No. 19-10143-TPA

Eric Gordon Carlson            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1            User: auto            Page 1 of 1

Date Rcvd: Feb 10, 2022       Form ID: pdf900       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric Gordon Carlson, 6212 Nine Mile Road, Maryville, TN 37801-1186 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2022            Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Eric Gordon Carlson dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4