Certificate Number: 03088-PAW-DE-036354362

Bankruptcy Case Number: 19-10143



03088-PAW-DE-036354362

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 24, 2022, at 3:18 o'clock PM CST, Eric Gordon Carlson completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: February 24, 2022        By: /s/Tania Roman for Doug Tonne

Name: Doug Tonne

Title: Counselor