Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Eric Gordon Carlson** | Case No. 19−10143−TPA |
| *Debtor(s)* | Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,** | |
| *Movant(s),* | |
| v. | Related to Document No. 50 |
| **No Respondents** | |
| *Respondent(s).* | Hearing Date: 6/1/22 at 12:00 PM |

**ORDER SCHEDULING DATE FOR RESPONSE
AND HEARING ON MOTION**

*AND NOW,* this *The 28th of March, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 50 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before May 12, 2022**, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on ***June 1, 2022 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Eric Gordon Carlson  
    Debtor

Case No. 19-10143-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 2  
Date Rcvd: Mar 28, 2022      Form ID: 300b      Total Noticed: 13

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric Gordon Carlson, 6212 Nine Mile Road, Maryville, TN 37801-1186 |
| 14996108 | + | Aes / Navient / Jamestown, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14996113 | + | Nissan Motor Acceptance, Po Box 660360, Dallas, TX 75266-0360 |
| 15035058 | | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14996109 | + | Email/Text: bankruptcy@huntington.com | Mar 28 2022 23:39:00 | Huntington National Bank, 41 South High Street, Columbus, OH 43287-0001 |
| 14996110 | + | Email/Text: camanagement@mtb.com | Mar 28 2022 23:39:00 | M & T Bank Mortgage, 1 Fountain Plaza, Buffalo, NY 14203-1495 |
| 15042436 | | Email/Text: camanagement@mtb.com | Mar 28 2022 23:39:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15008547 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 28 2022 23:39:00 | NAVY FEDERAL CREDIT UNION, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14996111 | + | Email/PDF: pa_dc_claims@navient.com | Mar 28 2022 23:41:37 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 15053451 | | Email/PDF: pa_dc_claims@navient.com | Mar 28 2022 23:41:20 | Navient PC TRUST c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14996112 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 28 2022 23:39:00 | Navy Federal Credit Union, Po Box 3700, Merrifield, VA 22119-3700 |
| 15014747 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 28 2022 23:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15003058 | + | Email/Text: bankruptcy@huntington.com | Mar 28 2022 23:39:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 28, 2022 | Form ID: 300b | Total Noticed: 13 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 30, 2022        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Eric Gordon Carlson dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4